UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION


FILED
SEP 16 2010

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| COMMUNICATION SERVICE FOR THE DEAF, INC., | : | CIV. 10-4134 |
| Plaintiff, | : | **NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA, SOUTHERN DIVISION** |
| vs. | : | |
| FIRST ADMINISTRATORS, INC., | : | |
| Defendant. | | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

**TO PLAINTIFF COMMUNICATION SERVICE FOR THE DEAF, INC., AND ITS ATTORNEY THOMAS K. WILKA:**

You, and to each of you, will take notice that on the 16th day of September, 2010, Defendant filed in the United States District Court for the District of South Dakota, Southern Division, a Notice of Removal of the above action from the Second Judicial Circuit, Minnehaha County, State of South Dakota, to the United States District Court, district of South Dakota, Southern Division; and that a copy of the Notice of Removal is attached hereto and made a part of this Notice of Filing the same as if fully set forth herein.

You, and each of you will take further notice that copies of this Notice of Filing of Notice of Removal are being filed with the Minnehaha County Clerk of Courts, Sioux

Case Number: 10-
Notice of Filing of Notice of Removal of Action to the United States
District Court for the District of South Dakota, Southern Division
Page 2

Falls, South Dakota, thereby effecting removal of said action to the United States District Court.

Dated this 16th day of September, 2010.

WOODS, FULLER, SHULTZ & SMITH P.C.

By: _____
Kristine Kreiter O'Connell
300 South Phillips Avenue, Suite 300
P. O. Box 5027
Sioux Falls, South Dakota 57117-5027
Phone: (605) 336-3890
Fax: (605) 339-3357
Kristine.OConnell@woodsfuller.com
Attorneys for Defendant