UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| COMMUNICATION SERVICE FOR THE DEAF, INC., | ) | CIV: 10-4134 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION FOR EXTENSION** |
| v. | ) | **OF TIME TO FILE ANSWER** |
| | ) | |
| FIRST ADMINISTRATORS, INC., RMTS, L.L.C., and GERBER LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

It is hereby stipulated and agreed by and between counsel for Plaintiff, Communication Service for the Deaf, Inc. and Defendants RMTS, L.L.C. and Gerber Life Insurance Company, that an Order may be entered allowing RMTS, L.L.C. and Gerber Life Insurance Company an extension of time until June 30, 2011 within which to file their Answer to the Amended Complaint.

Dated this 7th day of June, 2011.

HAGEN, WILKA & ARCHER, LLP

By: /s/ Thomas K. Wilka
Thomas K. Wilka
P.O. Box 964
Sioux Falls, SD 57101-0964
Attorneys for Plaintiff

1

Dated this 9th day of June, 2011.

LYNN, JACKSON, SHULTZ & LEBRUN P.C.

By: _____
Daniel R. Fritz
P.O. Box 2700
Sioux Falls, SD 57101-2700
Attorneys for Defendants RMTS, L.L.C.
and Gerber Life Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2011, a copy of the foregoing Stipulation was filed electronically with the Clerk of the Court through its ECF System and electronic notice was delivered to the parties entitled to receive notice.

_____
Daniel R. Fritz

2