UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| COMMUNICATION SERVICE FOR THE DEAF, INC., | : | CIV. 10-4134 |
| | : | |
| Plaintiff, | : | |
| vs. | : | **DEFENDANT FIRST ADMINISTRATORS, INC.'S MOTION TO AMEND ANSWER** |
| FIRST ADMINISTRATORS, INC., RMTS, L.L.C., and GERBER LIFE INSURANCE COMPANY | : | |
| | : | |
| Defendants. | | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

Pursuant to Federal Rule of Civil Procedure 15 and Local Rule 15.1, Defendant First Administrators, Inc. ("FAI") moves to file an amended answer in the form attached hereto as Exhibit A and in support thereof states:

1.  FAI seeks permission to modify a portion of its answer to paragraphs 25-32 of Plaintiff's Amended Complaint, to modify one previously-asserted affirmative defense and to assert four additional affirmative defenses, and to make several typographical corrections. These changes are highlighted in bold face in the attached Exhibit A.

2.  No party would be prejudiced by the proposed amendment.

3.  FAI respectfully submits that allowing the proposed amendment would further the interests of justice.

Case Number: CIV. 10-4134
Name of Document: Defendant First Administrators, Inc.'s Motion to Amend Answer
Page 2

4. This Motion is supported by FAI's Brief in Support of Motion to Amend Answer, incorporated herein.

WHEREFORE, FAI respectfully requests that this Motion be granted.

Dated this 27th day of January, 2012.

    WOODS, FULLER, SHULTZ & SMITH P.C.

By: /s/Kristine K. O'Connell
Kristine K. O'Connell
300 South Phillips Avenue, Suite 300
Sioux Falls, South Dakota 57104-6322
Telephone: (605) 336-3890
Facsimile: (605) 339-3357
E-mail: Kristine.OConnell@woodsfuller.com

and

NYEMASTER, GOODE, WEST, HANSELL & O'BRIEN, P.C.
John F. Lorentzen
(Admitted Pro Hac Vice)
700 Walnut Street, Suite 1600
Des Moines, IA  50309-3989
Telephone:  (515) 283-3156
Facsimile:  (515) 283-8045
E-mail:  Jfl@nyemaster.com
*Attorneys for Defendant First Administrators, Inc.*

Case Number: CIV. 10-4134
Name of Document: Defendant First Administrators, Inc.'s Motion to Amend Answer
Page 3

# CERTIFICATE OF SERVICE

I certify that on the 27th day of January, 2012, I filed Defendant First Administrators, Inc.'s Motion to Amend Answer with the United States District Court, District of South Dakota, Southern Division, by using the CM/ECF system. Thomas K. Wilka, Hagen, Wilka & Archer, LLP, 600 S. Main Avenue, Suite 102, P.O. Box 964, Sioux Falls, SD 57101-0964, Attorneys for Plaintiff, and Daniel R. Fritz, Jr., Lynn, Jackson, Shultz & Lebrun, P.O. Box 2700, Sioux Falls, SD 57101 being registered CM/ECF users, will be served electronically via the CM/ECF system.

    /s/ Kristine K. O'Connell
One of the attorneys for Defendant