UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| COMMUNICATION SERVICE FOR THE DEAF, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>FIRST ADMINISTRATORS, INC., RMTS, L.L.C. and GERBER LIFE INSURANCE COMPANY<br><br>  Defendants.<br><br>and<br><br>FIRST ADMINISTRATORS, INC.,<br><br>  Third-Party Plaintiff,<br><br>vs.<br><br>HAAKE COMPANIES, A MARSH & MCCLELLAN AGENCY LLC COMPANY,<br><br>  Third-Party Defendant. | CIV. 10-4134<br><br><br>**STIPULATED MOTION TO DISMISS HAAKE COMPANIES' CROSS-CLAIM AS TO RMTS, L.L.C. AND GERBER LIFE INSURANCE COMPANY** |

Come now the parties, by and through their undersigned counsel, and move for dismissal with prejudice of the Cross-Claim of Haake Companies ("Cross-Claim") as it relates to Gerber Life Insurance Company ("Gerber") and RMTS, L.L.C. ("RMTS"), with all parties bearing their own costs, expenses, and attorneys' fees. The Cross-Claim is only dismissed as to Gerber and RMTS, and nothing herein shall be construed as a dismissal or as otherwise affecting the Cross-Claim as it relates to First Administrators, Inc.

WHEREFORE, the parties respectfully request that the Cross-Claim be dismissed with prejudice as to Gerber and RMTS.

1

Dated this 16th day of ~~October~~ November, 2012.

LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

By: _____

Eric R. Kerkvliet
Jennifer L. Ferris
Attorneys for Plaintiff
P.O. Box 2700
Sioux Falls, SD  57101-2700

Dated this 26th day of October, 2012.

HAGEN, WILKA & ARCHER, LLP

By _____

Thomas K. Wilka
600 S. Main Avenue, Suite 102
P.O. Box 964
Sioux Falls, SD  57101-0964

Dated this 20 day of November, 2012.

NYEMASTER, GOODE, WEST, HANSELL &
O'BRIEN, P.C.

By _____

John F. Lorentzen
700 Walnut, Suite 1600
Des Moines, Iowa  50309

and

WOODS, FULLER, SCHULTZ & SMITH

Kristine O'Connell
300 South Phillips Ave., Suite 300
PO Box 5027
Sioux Falls, SD 57117-5027

Dated this 14th day of January, 2013.

BOYCE, GREENFIELD, PASHBY &
WELK

By: _____

Thomas J. Welk
Jason Sutton
Meghann M. Joyce
PO Box 5015
Sioux Falls, SD 57117-5015

## CERTIFICATE OF SERVICE

I certify that on 18th day of January, 2013, the foregoing *Stipulated Motion to Dismiss Haake Companies' Cross-Claim as to RMTS, L.L.C. and Gerber Life Insurance Company* was filed with the United States District Court, District of South Dakota, Southern Division, by using the CM/ECF system, which will electronically serve copies on the following:

Thomas K. Wilka
Hagen Wilka & Archer, LLP
600 S. Main Avenue, Suite 102,
Sioux Falls, SD 57104

Kristine O'Connell
Woods, Fuller, Schultz & Smith
300 South Phillips Ave.
Suite 300, PO Box 5027
Sioux Falls, SD 57117-5027

John F. Lorentzen,
Nyemaster Goode, P.C.,
700 Walnut Street
Suite 1600
Des Moines, IA 50309

Thomas J. Welk
Jason Sutton
Meghann M. Joyce
Boyce, Greenfield, Pashby & Welk, LLP
300 South Main Avenue; PO Box 5015
Sioux Falls, SD 57117


*/s/ Eric R. Kerkvliet*
Eric R. Kerkvliet