UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| COMMUNICATION SERVICE FOR THE DEAF, INC., <br><br> Plaintiff, <br><br> - vs - <br><br> FIRST ADMINISTRATORS, INC., <br><br> Defendant, <br><br> and <br><br> FIRST ADMINISTRATORS, INC. <br><br> Third-Party Plaintiff, <br><br> · vs. <br><br> HAAKE COMPANIES, A MARSH & MCCLELLAN AGENCY LLC COMPANY, <br><br> Third-Party Defendant. | CIV. 10-4134 <br><br><br> STIPULATED MOTION TO DISMISS FIRST ADMINISTRATORS, INC.'S THIRD PARTY COMPLAINT AGAINST HAAKE COMPANIES, HAAKE COMPANIES' CROSS-CLAIM AS TO FIRST ADMNISTRAATORS, INC., AND THE COMPLAINT BY COMMUNICATION SERVICE FOR THE DEAF, INC. AGAINST FIRST ADMINISTRATORS, INC. |

Come now the parties, by and through their undersigned counsel, and move for dismissal with prejudice of the First Administrators, Inc.'s Third Party Complaint Against Haake Companies, Haake Companies' Cross-Claim as to First Administrators, Inc., and the Complaint by Communication Services for the Deaf, Inc. against First Administrators, Inc., with all parties bearing their own costs, expenses, and attorneys' fees.

The parties respectfully request that the case be dismissed with prejudice as to all parties.

1

Dated this 19th day of June, 2013, at Sioux Falls, South Dakota.

                              HAGEN, WILKA & ARCHER, LLP

                              By /s/ Thomas K. Wilka
                              Thomas K. Wilka
                              600 S. Main Avenue, Suite 102
                              P.O. Box 964
                              Sioux Falls, SD 57101-0964
                              (605)334-0005
                              tom@hwalaw.com
                              *Attorneys for Plaintiff*

Dated this _____ day of June, 2013, at Sioux Falls, South Dakota.

                              NYEMASTER, GOODE, WEST,
                              HANSELL & OBRIEN, P.C.

                              By _____
                              John F. Lorenzen
                              700 Walnut, Suite 1600
                              Des Moines, Iowa 50309

                              And

                              WOODS, FULLER, SCHULTZ & SMITH

                              Kristine O'Connell
                              300 South Phillips Ave., Suite 300
                              PO Box 5027
                              Sioux Falls, SD 57117-5027
                              *Attorneys for FAI*

Dated this _____ day of June, 2013, at Sioux Falls, South Dakota.

                                              HAGEN, WILKA & ARCHER, LLP

                                              By _____
                                                    Thomas K. Wilka
                                                    600 S. Main Avenue, Suite 102
                                                    P.O. Box 964
                                                    Sioux Falls, SD 57101-0964
                                                    (605)334-0005
                                                    tom@hwalaw.com
                                                    *Attorneys for Plaintiff*

Dated this 24 day of June, 2013, at Sioux Falls, South Dakota.

                                              NYEMASTER, GOODE, WEST,
                                              HANSELL & OBRIEN, P.C.

                                              By _____
                                                 John F. Lorenzen
                                                 700 Walnut, Suite 1600
                                                 Des Moines, Iowa 50309

                                              And

                                              _____
                                              WOODS, FULLER, SCHULTZ & SMITH

                                              Kristine O'Connell
                                              300 South Phillips Ave., Suite 300
                                              PO Box 5027
                                              Sioux Falls, SD 57117-5027
                                              *Attorneys for FAI*

Dated this 24th day of June, 2013, at Sioux Falls, South Dakota.

BOYCE, GREENFIELD, PASHBY & WELK

By /s/ Thomas J. Welk

Thomas J. Welk
Jason Sutton
Meghann M. Joyce
PO Box 5015
Sioux Falls, SD 57117-5015
*Attorneys for Haake Companies*