UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| COMMUNICATION SERVICE FOR THE DEAF, INC., | * * * | CIV 10-4134-RAL |
| Plaintiff, | * * | |
| vs. | * * | |
| FIRST ADMINISTRATORS, INC., RMTS, L.L.C., and GERBER LIFE INSURANCE, | * * * * | ORDER AND JUDGMENT OF DISMISSAL |
| Defendants. | * * | |
| and | * * | |
| FIRST ADMINISTRATORS, INC., | * * | |
| Third-Party Plaintiff, | * * | |
| vs. | * * | |
| HAAKE COMPANIES, A MARSH & MCCLELLAN AGENCY LLC COMPANY, | * * * * | |
| Third-Party Defendant. | * | |

On June 28, 2013, the parties filed a Stipulated Motion to Dismiss First Administrators, Inc.'s Third-Party Complaint Against Haake Companies, Haake Companies' Cross-Claim as to First Administrators, Inc., and the Complaint by Communication Service for the Deaf, Inc. Against First Administrators, Inc. Doc. 81. Through that pleading, the parties request that the case be dismissed with prejudice as to all parties. Therefore, for good cause, it is hereby

ORDERED that the Stipulated Motion to Dismiss First Administrators, Inc.'s Third-Party Complaint Against Haake Companies, Haake Companies' Cross-Claim as to First Administrators,

Inc., and the Complaint by Communication Service for the Deaf, Inc. Against First Administrators, Inc., Doc. 81, is granted, and that all remaining claims in this case are dismissed on their merits and with prejudice and without taxation of costs to any party. It is further

ORDERED that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

Dated July 10, 2013.

BY THE COURT:

ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE